UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE NOEL NUNN,<br><br>                          Plaintiff<br><br>    v.<br><br>CLARK COUNTY DETENTION CENTER, et al.,<br><br>                         Defendants | Case No.  3:23-cv-00539-RCJ-CSD<br><br>**ORDER** |

       On November 6, 2023, Plaintiff Tyrone Noel Nunn, an inmate in the custody of the Nevada Department of Corrections, submitted a document doubly titled "Ex Parte Motion" and "Civil Complaint." (ECF No. 1-1). The Court construes Plaintiff's initiating document as a complaint because it contains substantially all the information called for by the Court's form civil-rights complaint and Plaintiff personally signed it. Nev. Loc. R. LSR 2-1; Fed. R. Civ. P. 3, 11(a). But this action cannot proceed because Plaintiff has neither paid the full $402 filing fee nor applied to proceed *in forma pauperis*.

       The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See id.* at § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. LSR 1-2. *In*

*forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

For the foregoing reasons, it is ordered that Plaintiff's initiating document (ECF No. 1-1) is construed as both a motion and a complaint.

It is further ordered that **on or before January 15, 2024**, Plaintiff will either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when he can either pay the required filing fee or file an application to proceed *in forma pauperis*.

It is further ordered that the Clerk of the Court will update the docket to reflect that ECF No. 1-1 is both a motion and a complaint and send Plaintiff Tyrone Noel Nunn the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

DATED this 16th day of November 2023.

_____
UNITED STATES MAGISTRATE JUDGE